UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HORACIO LAMARCHE,

                                Plaintiff,       **ANSWER TO AMENDED COMPLAINT ON BEHALF OF SERGEANT JAVIER AGOSTO**

                 -against-

                                             10 CV 561 (FB) (LB)

SERGEANT JAVIER AGOSTO, CITY OF
NEW YORK, and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,   **JURY TRIAL DEMANDED**

                             Defendants.
-----------------------------------------------------------X

     Defendant, SERGEANT JAVIER AGOSTO ("Agosto"), by John V. Decolator, Esq., trial counsel to Tanner & Ortega, LLP, for his Answer to the Amended Complaint, respectfully alleges, upon information and belief, as follows:

     1: Denies the allegations set forth in paragraph "1", except admits that plaintiff purports to seek the relief stated therein, that plaintiff purports to invoke the Court's jurisdiction as stated therein, and further states that the allegations referring to "under color of law" set forth conclusions of law rather than averments of fact, to which no response is required.

     2: Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "2".

     3: Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "3", except admits that Agosto was and still is employed by the New York City Department of Homeless Services and is a

resident of Kings County.

4: Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "4" and refers all questions of law to this Honorable Court.

5: Denies the allegations set forth in paragraph "5", except admits that on or about April 28, 2007Agosto was employed by the New York City Department of Homeless Services, and further states that the allegations referring to "under color of law" set forth conclusions of law rather than averments of fact, to which no response is required.

6: Denies the allegations set forth in paragraph "6".

7: In response to the allegations set forth in paragraph "7", Agosto repeats and realleges his responses to paragraphs "1" through "6", inclusive of this answer, as if fully set forth herein.

8: Denies the allegations set forth in paragraph "8".

9: Denies the allegations set forth in paragraph "9".

10: Denies the allegations set forth in paragraph "10", except admits that on or about April 28, 2007 plaintiff was observed listening to a radio.

11: Denies the allegations set forth in paragraph "11".

12: Denies the allegations set forth in paragraph "12", except admits that on or about April 28, 2007 plaintiff was observed listening to a radio.

13: Denies the allegations set forth in paragraph "13".

14: Denies the allegations set forth in paragraph "14".

15: In response to the allegations set forth in paragraph "15", Agosto repeats and realleges his responses to paragraphs "1" through "14", inclusive of this answer, as if fully set forth herein.

16: Denies the allegations set forth in paragraph "16", and further states that the allegations referring to "under color of law" set forth conclusions of law rather than averments of fact, to which no response is required.

17: Denies the allegations set forth in paragraph "17".

18: Denies the allegations set forth in paragraph "18".

19: Denies the allegations set forth in paragraph "19".

20: Denies the allegations set forth in paragraph "20".

21: In response to the allegations set forth in paragraph "21", Agosto repeats and realleges his responses to paragraphs "1" through "20", inclusive of this answer, as if fully set forth herein.

22: Denies the allegations set forth in paragraph "22".

23: Denies the allegations set forth in paragraph "23".

24: Denies the allegations set forth in paragraph "24".

25: Denies the allegations set forth in paragraph "25".

26: Denies the allegations set forth in paragraph "26".

27: Denies the allegations set forth in paragraph "27".

28: Denies the allegations set forth in paragraph "28".

29: Denies the allegations set forth in paragraph "29".

30: Denies the allegations set forth in paragraph "30".

3

31: In response to the allegations set forth in paragraph "31", Agosto repeats and realleges his responses to paragraphs "1" through "30", inclusive of this answer, as if fully set forth herein.

32: Denies the allegations set forth in paragraph "32".

33: Denies the allegations set forth in paragraph "33".

34: Denies the allegations set forth in paragraph "34".

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

35: The Amended Complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

36: At all times relevant to the acts alleged in the amended complaint, defendant Agosto was attempting to effect a lawful arrest; thereupon, in order to effect the arrest, defendant Agosto placed the plaintiff in handcuffs and escorted him from the subject premises; in so doing, defendant Agosto used no unnecessary force or violence.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

37: There was probable cause for plaintiff's arrest.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

38: Plaintiff provoked any incident.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

39: Any injury alleged to have been sustained resulted from the plaintiff's own culpable or negligent conduct, and was not the proximate result of any act of defendant Agosto.

WHEREFORE, defendant SERGEANT JAVIER AGOSTO respectfully

requests Judgment dismissing the amended complaint in its entirety, together with the

costs and disbursements of this action, and such other and further relief as the Court may

deem just and proper.

Dated: Garden City, New York
      January 5, 2011


/s John V. Decolator
JOHN V. DECOLATOR, ESQ.
Trial Counsel to Tanner & Ortega, LLP
Attorneys for Defendant SERGEANT JAVIER AGOSTO
1415 Kellum Place, Suite 209
Garden City, New York 11530
(516) 578-8212


To:    BY ECF
      Gary Rawlins, Esq.
      Attorney for Plaintiff
      The Rawlins Law Firm, PLLC
      80 Broad Street, 5th Floor
      New York, New York 10004

      Alexandra Corsi, Assistant Corporation Counsel
      Michael A. Cardozo
      Corporation Counsel of the City of New York
      Attorney for Defendants City of New York and New York City Department
      of Homeless Services
      100 Church Street
      New York, New York 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HORACIO LAMARCHE,

                          Plaintiff,

        -against-

                                  10 CV 561 (FB) (LB)

SERGEANT JAVIER AGOSTO, CITY OF
NEW YORK, and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

                          Defendants.
------------------------------------------------------------X

**ANSWER TO AMENDED COMPLAINT ON
BEHALF OF SERGEANT JAVIER AGOSTO**


JOHN V. DECOLATOR, ESQ.
Trial Counsel to Tanner & Ortega, LLP
Attorneys for Defendant SERGEANT JAVIER AGOSTO
1415 Kellum Place, Suite 209
Garden City, New York 11530
(516) 578-8212